DISTRICT OF OREGON, ss:                                      AFFIDAVIT OF ADAM OTTE

### Affidavit in Support of a Criminal Complaint

I, Adam Otte, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). I am currently employed as a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since 2004. In that capacity, I investigate violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et. seq*. Until September 2012, I was assigned to the Seattle Field Division Office. In September 2012, I was assigned to the Salem, Oregon Resident Office. I have completed sixteen (16) weeks of DEA Basic Agent training at the Justice Training Center in Quantico, Virginia. I am familiar with investigations of drug trafficking organizations, methods of importation and distribution of controlled substances, and financial investigations. I have been a case agent on multiple investigations involving organizations trafficking several controlled substances to include marijuana, cocaine, heroin, methamphetamine and MDMA. I have been the lead case agent or a co-case agent on several wiretap investigations as well as numerous other investigations. In each of these investigations, I have participated in directing the course of the investigation. These investigations have resulted in the seizure of controlled substances as well as millions of dollars of United States currency and the federal prosecution of more than 100 defendants.

### Purpose of Affidavit

2. This affidavit is submitted to support a criminal complaint and arrest warrant for Russland Villegas-Hurtado, Hispanic male, date of birth xx/xx/1981 (hereinafter "VILLEGAS"),

for possession with intent to distribute the controlled substance methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

3. I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below; from oral and written reports of other law enforcement officers; and, from records, documents and other evidence obtained during this investigation. I have obtained and read official reports prepared by law enforcement officers participating in this investigation and in other related investigations.

4. On August 28, 2022, Oregon State Police Trooper Miller initiated a traffic stop on VILLEGAS' vehicle for a traffic violation as VILLEGAS traveled northbound on I-5 near Cottage Grove, Oregon. Trooper Miller is a canine handler for OSP and applied his canine to the exterior of VILLEGAS' vehicle during the stop. Trooper Miller reported that his canine provided a positive alert to the presence of the odor of controlled substances emanating from VILLEGAS' vehicle. During a search of VILLEGAS' vehicle, law enforcement officers located approximately 30 pounds of suspected methamphetamine and approximately one kilogram of suspected cocaine in the trunk of VILLEGAS' vehicle. Officers subsequently performed a field test on a portion of the substances seized from the vehicle which provided a presumptive positive results for the presence of methamphetamine and cocaine, both Schedule II controlled substances.

5. The suspected methamphetamine and cocaine was located in a suitcase and a box in the trunk of VILLEGAS' vehicle. While officers were searching the trunk of the vehicle, VILLEGAS was standing near Trooper Miller's vehicle. As officers were looking in the trunk, VILLEGAS attempted to run away from officers. Officers were able to detain VILLEGAS without incident.

**Affidavit of DEA Special Agent Adam Otte**                                                                 **Page 2**

6.  I know, based upon my training and experience, that methamphetamine is typically used in quantities of approximately one-tenth (.1) of a gram, either intravenously or by smoking it. Accordingly, I know that a person possessing approximately 30 pounds of methamphetamine does not possess it for personal use but rather such a quantity indicates that it is possessed for purposes of further distribution. Similarly, I know that cocaine is typically used in quantities of approximately .1 to .25 of a gram, either by inhaling it or smoking it and that a person possessing approximately one kilogram of cocaine does not possess it for personal use but rather such a quantity indicates that it is possessed for purposes of further distribution.

### Conclusion

7.  Based on the foregoing, I have probable cause to believe, and I do believe, that VILLEGAS committed the crimes of possession with intent to distribute the controlled substances methamphetamine and cocaine, in violation of Title 21, United States Code, Section 841(a)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for VILLEGAS.

///

///

///

8.   Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney Scott Kerin. AUSA Kerin advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

<u>By phone pursuant to Fed R. Crim. P. 4.1</u>
ADAM OTTE
Special Agent
Drug Enforcement Administration

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:45 a.m. on August 29, 2022.

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge